UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x
                                    x
UNITED STATES OF AMERICA            x
                                    x         ORDER
        -v-                         x
                                    x         DOCKET #
Ramon Uribe                         x
                                    x         S(1) 07 Crim 1158(LBS)-02
                                    x
                                    x
------------------------------------x

LEONARD SAND, DISTRICT JUDGE:

The C.J.A. attorney assigned to receive cases on this day, Zachary Margulis-Ohnuma is hereby ordered to assume representation of the defendant in the above captioned matter.

                                    SO ORDERED.

                                    _____
                                        Leonard B. Sand
                                    UNITED STATES DISTRICT JUDGE

Dated:  New York, New York
        March 18, 2008

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-18-08