# LAW OFFICE OF
# ZACHARY MARGULIS-OHNUMA

March 24, 2008

**BY U.S. MAIL**

Hon. Leonard B. Sand
U.S. District Judge
Southern District of New York
500 Pearl St., Room 1650
New York, NY 10007

*[Stamp: RECEIVED MAR 2 6 2008 CHAMBERS OF LEONARD B. SAND]*

*[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ___ DATE FILED: 3-27-08]*

*[Stamp: MEMO ENDORSED]*

RE: U.S. v. Grishaj, Uribe et al., S1 07 Cr. 1158 (LBS)

Dear Judge Sand:

This office represents the defendant Ramon Uribe pursuant to an order dated March 18, 2008 appointing me under the Criminal Justice Act to replace outgoing attorney Allan P. Haber, Esq. Thank you for this appointment.

I understand that a status conference has been scheduled for April 22, 2008 at which time a trial date will be set and the defendants will be asked to state what motions, if any, they wish to make. I will of course make every effort to comply with this schedule by reviewing Mr. Haber's file, speaking to the government and meeting with my client before that time.

However, I have a long-scheduled family vacation in Florida that week, April 21-25, 2008 and therefore am not available to attend the conference in person. I therefore respectfully request to be permitted to attend the conference by telephone. I have discussed this request with the government attorney, Eugene Ingoglia, Esq., and am advised he has no objection.

Thank you for your attention to this request.

Very truly yours,

Zachary Margulis-Ohnuma

*[Handwritten: Approved. /s/ B. Sand USDJ 3/26/08]*

**MEMO ENDORSED**

CC: AUSA Eugene Ingoglia, Esq.

260 MADISON AVENUE • NEW YORK, NY 10016
(212) 685-0999 • ZACH@ZMOLAW.COM
WWW.ZMOLAW.COM