

# LAW OFFICE OF
# ZACHARY MARGULIS-OHNUMA

**MEMO ENDORSED**

May 21, 2008

**VIA FASCIMILE 212-805-7919**

Hon. Leonard B. Sand
U.S. District Judge
Southern District of New York
500 Pearl St., Room 1650
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-21-08

RE: U.S. v. Grishaj, Uribe et al., S1 07 Cr. 1158
    (LBS)

Dear Judge Sand:

   This office represents the defendant Ramon Uribe in the above captioned case. Pursuant to the Court's order at the last court conference, motions are due tomorrow, May 22 2008. However, the parties have entered into plea negotiations which I anticipate will be fruitful. As a result I request this deadline for motions be adjourned sine die. I have spoken to the assigned assistant United States attorney Eugene Ingoglia, Esq., about this request and he advises that, because of the ongoing discussions, the government has no objection period.

Thank you for your attention to this request.

                                   Very truly yours,

                                   Zachary Margulis-Ohnuma /AA

                                   Zachary Margulis-Ohnuma

CC: AUSA Eugene Ingoglia, Esq. (via Fax 212-973-1113)

*Endorsement*

Deadline for motions is adjourned sine die. Counsel to advise status not later than June 16, 2008.

So ordered.

Sand USDJ
5/20/08

260 MADISON AVENUE • NEW YORK, NY 10016
(212) 685-0999 • ZACH@ZMOLAW.COM
WWW.ZMOLAW.COM

**MEMO ENDORSED**